IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-HC-2106-BO

| | |
|---|---|
| JOHN MORGAN MEEKS,<br>   Petitioner,<br><br>v.<br><br>UNKNOWN RESPONDENT,<br>   Respondent. | ORDER |

On May 20, 2015, John Morgan Meeks filed a petition for writ of habeas corpus within this district. Pet., D.E.1. On May 26, 2015, an order was entered which notified petitioner that the petition was deficient because: 1) the pleading was not on the correct forms; and, 2) petitioner did not pay the five dollar ($5.00) filing fee or file an application to proceed without the prepayment of fees. Order, D.E. 3. The necessary and appropriate forms were also provided. Petitioner was directed to correct the deficiency within twenty-one (21) days of the May 26, 2015 order, and he was cautioned that failure to do so may result in dismissal of his action without prejudice. Id. Petitioner did not respond on the proper forms, did not correct the deficiencies, but filed several non-sensical and inappropriate responses. See D.E. 4-7 (for example, "Not for Magistrate Judge 'Robert R. Jones Jr.' a known liar-thief . . . [continuing with more offensive language and baseless allegations]."). The time to correct the deficiencies has run without proper response. Specifically, petitioner has not paid the filing fee or submitted an application to proceed without the prepayment of fees or returned the forms provided to him.

Accordingly, the matter is DISMISSED without prejudice, all motions are DENIED, and the case is CLOSED. SO ORDERED, this 9 day of October 2015.

TERRENCE W. BOYLE